Timothy J. Conway, OSB No. 851752
  Direct Dial: 503.802.2027
  Facsimile:   503.972.3727
  E-Mail:      tim.conway@tonkon.com
Zachary W.L. Wright, OSB No. 941615
  Direct Dial: 503.802.2041
  Facsimile:   503.972.3741
  E-Mail:      zach.wright@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Defendants Bhupendra R. Patel and Nila B. Patel

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| **MALBCO HOLDINGS, LLC,** a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>**BHUPENDRA R. PATEL and NILA B. PATEL,** husband and wife; **HEETAN B. PATEL; HEETAL B. PATEL-MANINI;** and **MUKESH PATEL,**<br><br>    Defendants. | Civil No.  3:14-cv-947-PK<br><br>**DEFENDANTS BHUPENDRA R. PATEL'S AND NILA B. PATEL'S MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

PAGE 1 -  DEFENDANTS BHUPENDRA R. PATEL'S AND NILA B. PATEL'S MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT

## L.R. 7-1 CERTIFICATION

In compliance with L.R. 7-1, the parties made a good faith effort through a telephone conference to resolve the dispute and have been unable to do so.

## MOTION

Plaintiff, Malbco Holdings, LLC ("Malbco") brings its claims under Oregon's Uniform Fraudulent Transfer Act ("UFTA"). Malbco filed its initial Complaint on June 11, 2014. [Doc. No. 1] Malbco filed its First Amended Complaint on October 30, 2014. [Doc. No. 24] Then, on May 3, 2016, Malbco filed its Second Amended Complaint ("SAC") which alleges new claims against all defendants under an alleged right to attorney fees and punitive damages under Oregon's UFTA based on the same set of facts as the initial complaint. [Doc. No. 126].

The Patel Parents move to dismiss the new claims for punitive damages and attorney fees that have been added to Malbco's Second Amended Complaint for the same reasons set forth in the Motion to Dismiss Malbco's Claims for Attorney Fees and Punitive Damages in Second Amended Complaint filed by Heetan Patel and Heetal Patel-Manini (the "Patel Children") and incorporate the arguments of the Patel Children as if fully set forth in this motion.

DATED this 18th day of May, 2016.

           TONKON TORP LLP

           By: *s/ Zachary W.L. Wright*
                Timothy J. Conway, OSB No. 851752
                Zachary W.L. Wright, OSB No. 941615

                Attorneys for Defendants Bhupendra R. Patel and Nila B. Patel

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS BHUPENDRA R. PATEL'S AND NILA B. PATEL'S MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT** on the parties listed below:

C. Robert Steringer, OSB No. 983514
Harrang Long Gary Rudnick, P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
bob.steringer@harrang.com

Marjorie A. Elken, OSB No. 073368
Zupancic Rathbone Law Group, P.C.
4949 Meadows Road, Suite 600
Lake Oswego, OR  97035
marjorie@zupgroup.com
    Attorneys for Plaintiff

Laura Taylor, OSB No. 993786
Tom Hutchinson, OSB No. 994896
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland, OR 97204
laura.taylor@bullivant.com
tom.hutchinson@bullivant.com
    Attorneys for Defendants Heetan B.
    Patel and Heetal B. Patel-Manani

Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor, Suite 200
Portland, OR 97204
nhenderson@portlaw.com
    Attorneys for Defendant Mukesh Patel

[x] by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below

[x] by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below

DATED this 18th day of May, 2016.

    TONKON TORP LLP

    By: _/s/Zachary W.L. Wright_
        Timothy J. Conway, OSB No. 851752
        Zachary W.L. Wright, OSB No. 941615

        Attorneys for Defendants Bhupendra R. Patel and Nila B. Patel

037065/00002/7260864v1