Timothy J. Conway, OSB No. 851752
  Direct Dial:  503.802.2027
  Facsimile:   503.972.3727
  E-Mail:      tim.conway@tonkon.com
Zachary W.L. Wright, OSB No. 941615
  Direct Dial:  503.802.2041
  Facsimile:   503.972.3741
  E-Mail:      zach.wright@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Defendants Bhupendra R.
    Patel and Nila B. Patel

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| **MALBCO HOLDINGS, LLC,** a Washington limited liability company, | Civil No.  3:14-cv-947-PK |
| Plaintiff, | **DEFENDANTS BHUPENDRA R. PATEL'S AND NILA B. PATEL'S REPLY IN SUPPORT OF MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT** |
| v. | |
| **BHUPENDRA R. PATEL and NILA B. PATEL,** husband and wife; **HEETAN B. PATEL; HEETAL B. PATEL-MANINI;** and **MUKESH PATEL,** | |
| Defendants. | |
| | **ORAL ARGUMENT REQUESTED** |

PAGE 1 -   DEFS. BHUPENDRA R. PATEL'S AND NILA B. PATEL'S REPLY IN SUPPORT OF MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT

For their reply in support of their Motion to Dismiss Malbco's Claim for Attorney Fees and Punitive Damages in Second Amended Complaint (Doc No. 129), the Patel Parents join in and adopt the arguments set forth in the Reply in Support of Defendants Heetan and Heetal Patel's Motion to Dismiss Malbco's Claim for Attorney Fees and Punitive Damages in Second Amended Complaint (filed this same day) as if fully set forth in this Reply.

DATED this 23rd day of June, 2016.

TONKON TORP LLP

By: *s/ Zachary W.L. Wright*
Timothy J. Conway, OSB No. 851752
Zachary W.L. Wright, OSB No. 941615

Attorneys for Defendants Bhupendra R. Patel and Nila B. Patel

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS BHUPENDRA R. PATEL'S AND NILA B. PATEL'S REPLY IN SUPPORT OF MOTION TO DISMISS MALBCO'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT** on the parties listed below:

C. Robert Steringer, OSB No. 983514
Harrang Long Gary Rudnick, P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
bob.steringer@harrang.com

Marjorie A. Elken, OSB No. 073368
Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
mae@buckley-law.com

    Attorneys for Plaintiff

Laura Taylor, OSB No. 993786
Tom Hutchinson, OSB No. 994896
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland, OR 97204
laura.taylor@bullivant.com
tom.hutchinson@bullivant.com

    Attorneys for Defendants Heetan B.
    Patel and Heetal B. Patel-Manani

Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner LLP
117 SW Taylor, Suite 200
Portland, OR 97204
nhenderson@portlaw.com

    Attorney for Defendant Mukesh Patel

[x] by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below

[x] by causing a copy thereof to be e-mailed to each attorney at said attorney's last-known email address on the date set forth below

DATED this 23rd day of June, 2016.

    TONKON TORP LLP

    By: /s/Zachary W.L. Wright
        Timothy J. Conway, OSB No. 851752
        Zachary W.L. Wright, OSB No. 941615
        Attorneys for Defendants Bhupendra R. Patel and
        Nila B. Patel

037065/00002/7337907v1