**Nicholas J. Henderson, OSB No. 074027**
Email: nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3029
Telephone: (503) 417-0508
Facsimile: (503) 417-0501

    Attorney for Defendant Mukesh Patel

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MALBCO HOLDINGS, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>BUHPENDRA R. PATEL, and NEELA B. PATEL, husband and wife; HEETAN B. PATEL, HEETAL B. PATEL-MANINI; and MUKESH PATEL,<br><br>    Defendant. | Case No. 3:14-cv-947<br><br>DEFENDANT MUKESH PATEL'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT<br><br>**ORAL ARGUMENT REQUESTED** |

    For his reply in support of his Motion to Dismiss Malbco's Claim for Attorney Fees and Punitive Damages in Second Amended Complaint (Docket No. 130), Defendant Mukesh Patel joins and adopts the arguments set forth in the Reply in Support of Defendants Heetan and

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 –  DEFENDANT MUKESH PATEL'S REPLY IN SUPPORT OF DEFENDANT'S
    MOTION TO DISMISS

Heetal Patel's Motion to Dismiss Malbco's Claim for Attorney Fees and Punitive Damages in Second Amended Complaint (filed this same day) as if fully set forth in this Reply.

DATED this 23rd day of June, 2016.

                                                  MOTSCHENBACHER & BLATTNER LLP

                                                By: /s/ Nicholas J. Henderson
                                                      Nicholas J. Henderson, OSB No. 074027
                                                      Of Attorneys for Defendant Mukesh Patel

Page 2 –   DEFENDANT MUKESH PATEL'S REPLY IN SUPPORT OF DEFENDANT'S
           MOTION TO DISMISS

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

# CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing DEFENDANT MUKESH PATEL'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM FOR ATTORNEY FEES AND PUNITIVE DAMAGES IN SECOND AMENDED COMPLAINT on:

    Marjorie A. Elken  (Email: marjorie.elken@harrang.com)
    Buckley Law PC
    5300 Meadows Rd Ste 200
    Lake Oswego OR  97035
    Facsimile: (503) 620-4878
        Of Attorneys for Plaintiff

    Timothy J. Conway  (Email: tim.conway@tonkon.com)
    Zacahary W.L. Wright  (Email: zach.wright@tonkon.com)
    Tonkon Torp LLP
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
        Of Attorneys for Defendants Bhupendra and Nila Patel

    Laura Caldera Taylor  (laura.taylor@bullivant.com)
    Thomas L. Hutchinson  (tom.hutchinson@bullivant.com)
    Bullivant Houser Bailey, PC
    888 SW Fifth Avenue, Suite 300
    Portland, OR 97204
        Of Attorneys for Defendants Heetan Patel and Heetal Patel-Manini

[X] Via First Class Mail

[ ] Via Facsimile

[ ] Via Hand Delivery

[ ] Via Electronic Mail

[X] Via CM/ECF Electronic Notification

    DATED this 23rd day of June, 2016.

               /s/ Nicholas J. Henderson
               Nicholas J. Henderson, OSB #074027
               (503) 417-0508 (Telephone)
               (503) 417-0528 (Facsimile)
               nhenderson@portlaw.com
               Attorney for Defendant Mukesh Patel

Page 1 –  CERTIFICATE OF SERVICE