IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MALBCO HOLDINGS, LLC,                                   No. 3:14-cv-00947-PK

           Plaintiff,

BHUPENDRA R. PATEL, et al.,                             ORDER

           Defendants.

HERNANDEZ, District Judge:

      Magistrate Judge Papak issued a Findings & Recommendation (#149) on August 31, 2016, in which he recommends the Court deny Defendants' motions to dismiss claims for attorney's fees and punitive damages. All Defendants have timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered all of the Defendants' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [149], and therefore, Defendants' Motions to Dismiss [128, 129, 130] are denied, with leave to renew the attorney's fee portion of the motion after entry of judgment, if appropriate.

IT IS SO ORDERED.

DATED this 29 day of OCT, 2016.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER